IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Brad Cline, | : | CASE NO.: 21cv-112 |
| | : | JUDGE MORRISON |
| *Plaintiff*, | : | MAGISTRATE VASCURA |
| v. | : | |
| Matthew Wiedimen, *et al.*, | : | |
| *Defendants*. | : | |

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate on January 13, 2021. (ECF No. 3). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation in full. For the reasons set forth in the Report and Recommendation, the Court **GRANTS** Mr. Cline's Motion to Proceed *in Forma Pauperis* (ECF No. 1) and **DISMISSES** the case under 28 U.S.C. §§ 1915(e)(2).

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**